SEALED

SEALED

NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
kimberly.frayn@usdoj.gov
*Attorneys for the United States*

*Representing the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00108-VCF |
| Plaintiff | **MOTION TO QUASH** |
| v. | **(Under Seal)** |
| RODOLFO RODRIGUEZ, | |
| Defendant. | |

COMES NOW the United States of America, by and through Nicholas A. Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order to quash the arrest warrant, see attachment A, issued in this matter on February 7, 2020, because it lists the incorrect statute

/ / /

/ / /

/ / /

1

violation and to instead issue the corrected arrest warrant, see Attachment B.

DATED: February 7, 2020

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant United States Attorney

ORDER

IT IS SO ORDERED.

DATED this 7th day of February, 2019.

_____
HONORABLE CAM FERENBACH
United States Magistrate Judge

# ATTACHMENT A

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 2:20-mj-00108-VCF |
| RODOLFO RODRIGUEZ | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     RODOLFO RODRIGUEZ                                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1073(1) - Unlawful Flight to Avoid Prosecution


Date: 2/7/20

City and state:     Las Vegas, Nevada

*Issuing officer's signature*
CAM FERENBACH
U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

# ATTACHMENT B

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 2:20-mj-00108-VCF |
| RODOLFO RODRIGUEZ | ) |
| | ) |
| | ) |
| *Defendant* | |

## AMENDED ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RODOLFO RODRIGUEZ                                                                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1708  Mail Theft
18 U.S.C. § 2114(a)  Robbery of Mail, Money, or Property of the United States

Date: _____

_____
*Issuing officer's signature*

City and state: _____

_____
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*