# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>RODOLFO RODRIGUEZ-SILVA,<br><br>　　　　　Defendant. | Case No. 2:20-MJ-108-VCF<br><br>**Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on September 28, 2020, at the hour of 10:00 a.m., be vacated and continued to 12/3/2020 at the hour of 1:00 PM in LV courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 25 day of September, 2020.

　　　　　　　　　　　　　　　　　　　HONORABLE CAM FERENBACH
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE